H. Gordon EDMONDS, Appellant,

v.

OCCIDENTAL LIFE INSURANCE COMPANY OF CALIFORNIA, Appellee.

No. 16446.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 13, 1961.

Decided Nov. 22, 1961.

Petition for Rehearing Before the Division Denied Jan. 12, 1962.

Petition for Rehearing En Banc Denied En Banc Jan. 12, 1962.

Chief Judge Miller and Circuit Judge Bastian would grant the petition for rehearing en banc.

Mr. H. Clay Espey, Washington, D. C., for appellant.

Mr. John P. Arness, Rockville, Md., with whom Messrs. Frank F. Roberson and James E. Murray, Washington, D. C., were on the brief, for appellee.

Before EDGERTON, BAZELON, and BURGER, Circuit Judges.

PER CURIAM.

The plaintiff having failed to pay to the defendant a life insurance premium

within the designated period of grace, the policy lapsed by its terms and the defendant refused to reinstate it. The plaintiff appeals from a summary judgment for the defendant. We find no error.

Affirmed.